

One Penn Plaza
Suite 2430
New York, NY 10119
T  212.239.1114
F  917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

July 15, 2019

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Tamita Brown, et al. v. Netflix, et al.*,
      19-cv-1507-ER

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __7/24/2019__
New York, New York

Dear Judge Ramos:

This office represents the defendants in the above referenced matter. This letter is respectfully submitted to request that this Court accept for consideration the nominally tardy letter filed by Plaintiff's in response to Defendants' request for a pre-motion conference regarding a proposed motion to dismiss (Doc No. 19).

By Order dated July 3, 2019, this Court directed Plaintiffs to respond by July 12, 2019. Unfortunately, plaintiff's counsel experienced technical difficulties when attempting to upload the document on July 12, 2019 and was unable to make the submission until the following day, Saturday July 13, 2019.

As Plaintiffs have not been prejudiced by the nominal delay, we respectfully request that the deadline be extended to the extent necessary for Plaintiff's responsive letter to be considered by the Court.

Very truly yours,

Daniel Knox