```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                                                        :
                                                                        :
TAMITA BROWN, et al.,                                                   :   No. 19 Civ. 1507 (ER)
                                                                        :
                Plaintiffs,                                             :
                                                                        :   ECF Case
                                                                        :
        -against-                                                       :
                                                                        :   NOTICE OF MOTION TO
                                                                        :   DISMISS
NETFLIX, INC., et al.,                                                  :
                                                                        :
                Defendants.                                             :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Rule 12(b)(6) and 12(c) Motion to Dismiss, the Declaration of Jay Ward Brown with the exhibits attached thereto, and all prior pleadings hereto, defendants Amazon.com, Inc., Netflix, Inc., and Apple Inc., through their undersigned attorneys, hereby respectfully move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 619, New York, NY 10007, for an order dismissing the Complaint pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure, and for such other relief as the Court may deem just and appropriate.

Pursuant to Judge Ramos' Order, dated October 16, 2019, any opposition papers are due December 11, 2019, and any reply papers are due January 3, 2020.

Dated: November 13, 2019

Respectfully submitted,

**BALLARD SPAHR LLP**

  /s/ *Jay Ward Brown*
Jay Ward Brown
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-1136
Facsimile: (202) 661-2299
brownjay@ballardspahr.com

Joseph Slaughter
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (646) 346-8028
Facsimile: (212) 223-1942
slaughterj@ballardspahr.com

*Attorneys for Defendants*