

One Penn Plaza
Suite 2430
New York, NY 10119
T 212.239.1114
F 917.398.1217

**DANIEL KNOX**
Managing Attorney
dknox@knoxlaw.nyc

February 6, 2020

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Tamita Brown, et al. v. Netflix, et al.*
　　　19-cv-1507-ER

Dear Judge Ramos:

This letter is submitted as a supplement to our letter submitted February 5, 2020, objecting to Defendants' untimely filing of additional argument in support of their motion to dismiss.

It has come to my attention that our opposition letter mistakenly characterized Defendants' untimely filing as a violation of the Federal Rules of Civil Procedure. Rather, Defendants' filing is in violation of the Court's motion scheduling order dated October 16, 2019, which set the deadline for Defendants' reply as January 3, 2020.

I hope that this serves as sufficient clarification on the matter and prevents any confusion or inconvenience to the Court.

Very truly yours,

Daniel Knox