UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAMITA A. BROWN, GLEN S. CHAPMAN,
and JASON T. CHAPMAN,

                      Plaintiffs,

-against-                                19 **CIVIL** 1507 (ER)

                                          **JUDGMENT**

NETFLIX. INC., AMAZON.COM, INC., and
APPLE INC.,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 27, 2020, the Defendants' motion to dismiss and for judgement on the pleadings is GRANTED with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

       May 28, 2020

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                        **BY:**

                                                           **Deputy Clerk**